# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Rosalind Herbert**
        Plaintiff
vs.                               CASE NUMBER: 5:11-CV-1107 (TWD)

**Michael J. Astrue, Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act is AFFIRMED and the Complaint filed by Rosalind Herbert is hereby DISMISSED in its entirety. Judgment is entered in favor of the defendant this action is closed.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 19th day of February, 2013.

DATED: February 19, 2013

Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk